**CREDICO, J.**

v.

**UNKNOWN COURT STAFF**

**3006 EDA 2016**

Superior Court of Pennsylvania.

05/15/2017

Reargument Denied 7/12/2017

Case No. 16075783, July Term, 2016, No. 3361 (Philadelphia)

Affirmed

■

**COM.**

v.

**RANSOM, L.**

**1495 MDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–19–CR–0000913–2015 (Columbia)

Affirmed

■

**IN the INTEREST OF: S.P.**

**Appeal of: W.R. F.**

**2052 MDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–36–DP–0000295–2016 (Lancaster)

Affirmed

■

**MONTGOMERY, J.**

v.

**MONTGOMERY, M.**

**880 WDA 2016**

Superior Court of Pennsylvania.

05/15/2017

00181 DR 2015 (Mercer)

Vacated/Remanded

■

**COM.**

v.

**POWELL, G.**

**1189 WDA 2016**

Superior Court of Pennsylvania.

05/15/2017

CP–26–CR–0001236–2015 (Fayette)

Affirmed